STATE OF MINNESOTA

IN SUPREME COURT

A15-1357



February 3, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Mitchell Alan Robinson, a Minnesota Attorney,
Registration No. 0281359.


O R D E R

The Director of the Office of Lawyers Professional Responsibility filed a petition

for disciplinary action alleging that respondent Mitchell Alan Robinson committed

professional misconduct warranting public discipline—namely, failing to competently and

diligently represent and communicate with a client in a criminal matter, *see* Minn. R. Prof.

Conduct 1.1, 1.3, 1.4(a)(3) and 8.4(d); and failing to diligently represent and communicate

with a client in an immigration matter, *see* Minn. R. Prof. Conduct 1.3, 1.4(a)(2), and

1.4(a)(3).

Respondent now waives his procedural rights under Rule 14, Rules on Lawyers

Professional Responsibility (RLPR), withdraws his previously filed answer, and

unconditionally admits the allegations in the petition. The parties jointly recommend that

the appropriate discipline is a public reprimand and 2 years of unsupervised probation.

The court has independently reviewed the file and approves the recommended

disposition.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED THAT:

1.    Respondent Mitchell Alan Robinson is publicly reprimanded.

2.    Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

3.    Respondent is placed on probation for 2 years, subject to the following conditions:

(a)    Respondent shall cooperate fully with the Director's Office in its efforts to monitor compliance with this probation. Respondent shall promptly respond to the Director's correspondence by its due date. Respondent shall provide the Director with a current mailing address and shall immediately notify the Director of any change of address. Respondent shall cooperate with the Director's investigation of any allegations of unprofessional conduct that may come to the Director's attention. Upon the Director's request, respondent shall provide authorization for release of information and documentation to verify respondent's compliance with the terms of this probation; and

(b)    Respondent shall abide by the Minnesota Rules of Professional Conduct.

Dated: February 3, 2016          BY THE COURT:

David R. Stras
Associate Justice

2